MARION C. O'KEEFE, APPELLANT, v. BOARD OF TRUSTEES OF THE STATE EMPLOYEES' RETIREMENT SYSTEM OF NEW JERSEY ET AL., RESPONDENTS.

Submitted October 27, 1944—Decided January 4, 1945.

For the appellant, *Frank C. Scerbo.*

For the respondents, *Walter D. Van Riper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.